JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KIMBERLY JENKINS,<br><br>    Plaintiff,<br><br>v.<br><br>TARGET CORPORATION; and DOES 1 to 50, inclusive,<br><br>    Defendants. | Case No. 2:22-cv-1689-MWF (Ex)<br><br>**ORDER GRANTING REMAND FROM FEDERAL COURT TO STATE COURT** |

The Stipulation of Defendant TARGET CORPORATION and Plaintiff KIMBERLY JENKINS for Remand to the Los Angeles County Superior Court (Docket No. 12) has been fully considered by the Court.

IT IS HEREBY ORDERED THAT the Stipulation is GRANTED for the reasons set forth therein. The May 16, 2022 Scheduling Conference and Plaintiff's Motion to Remand (Docket No. 11) are **VACATED** and the Motion is **DENIED AS MOOT**. This matter is hereby **REMANDED** to the Los Angeles County Superior Court pursuant to the terms of the Stipulation as Case No. 22STCV02648.

Dated: April 29, 2022

MICHAEL W. FITZGERALD
United States District Judge